*McMahon, J*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPLETS, INC.<br><br>           Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION,<br>E*TRADE SECURITIES, LLC,<br>E*TRADE BANK,<br>THE CHARLES SCHWAB CORPORATION,<br>CHARLES SCHWAB & CO., INC.,<br>CHARLES SCHWAB BANK,<br>SCHWAB HOLDINGS, INC.,<br>MERRILL LYNCH & CO., INC.,<br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br>OPTIONSHOUSE, LLC,<br>PEAK6 INVESTMENTS, L.P.,<br>SCOTTRADE, INC.,<br>SCOTTRADE FINANCIAL SERVICES, INC.,<br>TD AMERITRADE HOLDING CORPORATION,<br>TD AMERITRADE, INC.,<br>ZECCO HOLDINGS, INC.,<br>ZECCO TRADING, INC.,<br>ZECCO FOREX, INC.,<br><br>           Defendant(s). | Civil Action No. 1:12-cv-02326-CM<br>ECF CASE<br><br>JURY TRIAL<br><br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/9/13 |

## ORDER

On this day, Plaintiff Droplets, Inc. ("Droplets") and Defendants and Counterclaim-Plaintiffs Zecco Holdings, Inc., Zecco Trading, Inc., and Zecco Forex, Inc. (collectively, "Zecco") informed the Court that they have settled Droplets' claims for relief against Zecco and Zecco's counterclaims for relief against Droplets asserted in this case. Droplets and Zecco have therefore requested that the Court dismiss Droplets' claims for relief against Zecco and Zecco's claims for relief against Droplets, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Droplets' claims for relief against Zecco a and Zecco's counterclaims for relief against Droplets are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SO ORDERED:**

The Honorable Colleen McMahon, U.S.D.J.

Dated: New York, New York

April 9, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPLETS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION,<br>E*TRADE SECURITIES, LLC,<br>E*TRADE BANK,<br>THE CHARLES SCHWAB CORPORATION,<br>CHARLES SCHWAB & CO., INC.,<br>CHARLES SCHWAB BANK,<br>SCHWAB HOLDINGS, INC.,<br>MERRILL LYNCH & CO., INC.,<br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br>OPTIONSHOUSE, LLC,<br>PEAK6 INVESTMENTS, L.P.,<br>SCOTTRADE, INC.,<br>SCOTTRADE FINANCIAL SERVICES, INC.,<br>TD AMERITRADE HOLDING CORPORATION,<br>TD AMERITRADE, INC.,<br>ZECCO HOLDINGS, INC.,<br>ZECCO TRADING, INC.,<br>ZECCO FOREX, INC.,<br><br>Defendant(s). | Civil Action No. 1:12-cv-02326-CM<br>ECF CASE<br><br>JURY TRIAL |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Droplets, Inc. ("Droplets") and Defendants and Counterclaim-Plaintiffs Zecco Holdings, Inc., Zecco Trading, Inc., and Zecco Forex, Inc. (collectively, "Zecco") have settled Droplets' claims for relief against Zecco and Zecco's counterclaims for relief against Droplets asserted in this case.

NOW, THEREFORE, Droplets and Zecco, through their attorneys of record, request this Court to dismiss Droplets' claims for relief against Zecco and Zecco's counterclaims for relief against Droplets, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

_/s/_

Brett E. Cooper
New York State Bar No. 4011011
bcooper@mckoolsmith.com
MCKOOL SMITH, PC
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Theodore Stevenson, III
LEAD ATTORNEY
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4974
Fax: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Tel: (903) 923-9000
Fax: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Tel: (512) 692-8700
Fax: (512) 692-8744

**Counsel for Plaintiff Droplets, Inc.**

Dated: April 8, 2013

_/s/ Steven W. Flanders_

Karen I. Boyd
boyd@turnerboyd.com
California State Bar No. 189808
Steven W. Flanders
flanders@turnerboyd.com
California State Bar No. 206563
TURNER BOYD LLP
2570 West El Camino Real, Suite 380
Mountain View, CA 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

**Counsel for Defendants Zecco Holdings, Inc., Zecco Trading, Inc., and Zecco Forex, Inc.**

Dated: April 8, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, April 8, 2013, the following documents were served electronically, via email on all counsel of record in this case and on the court at judgments@nysd.uscourts.gov and orders_and_judgments@nysd.uscourts.gov: the foregoing Stipulation and a Proposed Order.

_____