# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPLETS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E*TRADE FINANCIAL ) <br>    CORPORATION et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:12-cv-02326-CM <br> ECF CASE <br><br> JURY TRIAL REQUESTED |

**DEFENDANTS' SUBMISSION OF EXTRINSIC EVIDENCE ON MEANING OF DISCLAIMED TERMS**

Pursuant to the Court's October 21, 2013 Claim Construction order (Dkt. 218), Defendants provide the declaration of Dr. Michael A. Shamos, along with the exhibits attached thereto. Dr. Shamos obtained a Ph. D. in Computer Science from Yale University in 1978 and is a leading expert on the internet and electronic commerce. As confirmed by Dr. Shamos and the attached exhibits, the meaning of the prior art terms bookmark, cookie, shortcut, hyperlink and Internet address (URL), in the context of the '745 Patent, have not changed since 1999.

Moreover, even if the Court finds that the meaning of any disclaimed prior art term has changed over time, as Droplets asserts, Droplets' disclaimer would still cover such developments in the prior art term under Federal Circuit law. *See* Defs. Reply Br. at 4-5; *see also, e.g., Biogen Idec Inc. v. GlaxoSmithKline LLC*, 713 F.3d 1090, 1096 (Fed. Cir. 2013) (refusing to redefine or narrow patentee's disclaimer of prior art based on later technology developments in that art).

Defendants therefore ask that the sentence "An interactive link cannot be a bookmark, cookie, shortcut, hyperlink or Internet address (URL)" be included in the construction of "interactive link."

Dated:  November 15, 2013                                    Respectfully Submitted,

                                                             By:   */s/ Michael B. Levin*

                                                                   Michael B. Levin
                                                                   mlevin@wsgr.com
                                                                   WILSON SONSINI GOODRICH & ROSATI
                                                                   Professional Corporation
                                                                   650 Page Mill Road
                                                                   Palo Alto, California 94304
                                                                   Telephone: 650.493.9300
                                                                   Facsimile: 650.493.6811

Brian Range
brange@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

Larry L. Shatzer
lshatzer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Telephone: 202.973.8800
Facsimile: 202.973.8899

Jessica Leigh Margolis
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: 212.999.5800
Facsimile: 212.999.5899

**Counsel for Defendants, E\*TRADE FINANCIAL CORPORATION, E\*TRADE SECURITIES, LLC, E\*TRADE BANK, TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., SCOTTRADE, INC. AND SCOTTRADE FINANCIAL SERVICES, INC., THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB BANK**

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 15, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.2.

*/s/ Michael B. Levin*
Michael B. Levin